GARY W. CONKLIN, Appellant, v METRO NORTH COMMUTER RAILROAD COMPANY, Respondent.

Submitted December 17, 2007; decided February 7, 2008

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of WOODROW FLEMMING, Appellant, v DENNIS BOYLE, as Justice of the Supreme Court of the State of New York, et al., Respondents.

Submitted December 10, 2007; decided February 7, 2008

On the Court's own motion, appeal dismissed, without costs, upon the ground that no substantial constitutional question is directly involved. Motion for leave to appeal denied.

In the Matter of JOSEPH GUARINO, Appellant, v NEW YORK STATE RACING & WAGERING BOARD, Respondent.

Submitted December 17, 2007; decided February 7, 2008

Motion for leave to appeal denied with $100 costs and necessary reproduction disbursements. Motion for a stay dismissed as academic.